1  **PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
2  Terence J. Cassidy, SBN 099180
Stephen E. Horan, SBN 125241
3  Nathan W. Austin, SBN 219672
350 University Avenue, Suite 200
4  Sacramento, CA 95825
(916) 929-1481
5  (916) 927-3706 (facsimile)

6  Bruce S. Alpert, SBN 075684
BUTTE COUNTY COUNSEL
7  25 County Center Drive
Oroville, CA 95965-3380
8  (530) 538-7621
(530) 538-6891 (facsimile)
9
Attorneys For Defendant,
10  COUNTY OF BUTTE

11
                    **UNITED STATES DISTRICT COURT**
12
                    **EASTERN DISTRICT OF CALIFORNIA**
13

14
VICTOR WYATT, MARSHALL K.     Case No. CIV 06-1003 GEB DAD
15  McMURRAY, CHARLES MITCHELL,
EDGAR M. COLLINS, TERRANCE    **STIPULATION TO ALLOW**
16  HALTIWANGER, and Roes 1 through   **PLAINTIFFS TO AMEND**
200,                          **COMPLAINT; ORDER THEREON**
17
        Plaintiffs,
18
vs.
19
COUNTY OF BUTTE and Does 1-50,
20
        Defendants.
21  _____ /

22      Counsel for Plaintiffs, Ellen C. Dove, and Counsel for Defendant County of Butte,

23  Stephen E. Horan, have met and conferred regarding the sufficiency of Plaintiffs' complaint.

24  Counsel for Plaintiffs has agreed to amend the complaint to cure pleading defects.

25      IT IS HEREBY STIPULATED and agreed by and between Plaintiffs VICTOR

26  WYATT, MARSHALL K. McMURRAY, CHARLES MITCHELL, EDGAR M. COLLINS,

27  TERRANCE HALTIWANGER, and Roes 1 through 200, and Defendant COUNTY OF

28

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

                              1

                    STIPULATION TO ALLOW PLAINTIFFS TO AMEND THE COMPLAINT;
00439916.WPD                          ORDER THEREON

1   BUTTE, by and through their undersigned counsel, that Plaintiffs shall file an amended

2   complaint no later than July 26, 2006.  Defendant County of Butte shall have ten (10) days

3   from the date of filing of the amended complaint to file a responsive pleading pursuant to

4   Federal Rules of Civil Procedure, Rule 15.

5   Dated: June 26, 2006                          LAW OFFICES OF ELLEN C. DOVE

6

7                                                 By   /s/ ELLEN C. DOVE
                                                       ELLEN C. DOVE
8                                                      Attorney for Plaintiffs

9

10  Dated: June 26, 2006                          PORTER, SCOTT, WEIBERG & DELEHANT
                                                  A Professional Corporation
11

12                                                By   /s/ STEPHEN E. HORAN
                                                       STEPHEN E. HORAN
13                                                     NATHAN W. AUSTIN
                                                       BRUCE S. ALPERT
14                                                     Attorneys for Defendant,
                                                       COUNTY OF BUTTE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

2

**STIPULATION TO ALLOW PLAINTIFFS TO AMEND THE COMPLAINT;**
00439916.WPD                         **ORDER THEREON**

1

## ORDER

2      Plaintiffs must file an amended complaint no later than July 26, 2006.  Defendant County of

3  Butte will have ten (10) days from the date Plaintiffs file an amended complaint to file a responsive

4  pleading.

5

**IT IS SO ORDERED.**

6

Dated:  July 24, 2006

7

8                                                  /s/ Garland E. Burrell, Jr.
                                                   GARLAND E. BURRELL, JR.
9                                                  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

28

3

00439916.WPD

**STIPULATION TO ALLOW PLAINTIFFS TO AMEND THE COMPLAINT;**
**ORDER THEREON**