IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MATHEWS and Roes 1-100,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTY OF BUTTE; DEPUTY ENGASSER; LT. BRYAN FLICKER; LT. HADLEY; SGT. HAYPES; SGT. HOVEY; DEPUTY MYERS; DEPUTY BROWN; DEPUTY THORNTON; DEPUTY BROWFIELD; J. HANSON, RN, and DOES 10-100,<br><br>        Defendants. | 2:06-cv-0286-GEB-JFM<br><br>RELATED CASE ORDER |
| VICTOR WYATT; MARSHALL K. MCMURRAY; CHARLES MITCHELL; EDGAR M. COLLINS; TERRANCE HALTIWANGER,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF BUTTE; DEPUTY PATRICK MCNELIS; DEPUTY WILLIAM OLIVE,<br><br>        Defendants. | 2:06-cv-1003-GEB-DAD |

1

1         Examination of the above-entitled actions reveals that
2  assignment to the same magistrate judge is appropriate because the
3  actions are based on similar claims and could entail a substantial
4  duplication of labor if the actions were heard by different magistrate
5  judges.
6         IT IS THEREFORE ORDERED that the action denominated 2:06-cv-
7  1003-GEB-DAD is reassigned to Magistrate Judge John Moulds.  The
8  caption on documents filed in the reassigned case shall show the
9  action number as 2:06-cv-1003-GEB-JFM; the Clerk of Court shall make
10 an appropriate adjustment in the assignment of civil cases to
11 compensate for this reassignment.
12        IT IS SO ORDERED.
13 Dated:  December 27, 2006

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2