1

**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION

2   Stephen E. Horan, SBN 125241
Scott H. Cavanaugh, SBN 245261

3   350 University Ave., Suite 200
Sacramento, California 95825

4   TEL: 916.929.1481
FAX: 916.927.3706

5

6   Attorneys for Defendants,
COUNTY OF BUTTE and DEPUTY PATRICK McNELLIS

7   **TRIMBLE, SHERINIAN & VARANINI**
Jerome M. Varanini, SBN 106379

8   2500 Venture Oaks Way, Stuite 350
Sacramento, CA 95833

9   TEL: 916.313.7516
FAX: 916.442.5750

10

11   Attorney for Defendant COUNTY OF BUTTE

**LAW OFFICES OF ELLEN C. DOVE**

12   Ellen C. Dove, SBN 64034
5325 Elkhorn Boulevard, Suite160

13   Sacramento, CA 95842
TEL: 916.331.0111

14   FAX: 916.726.8576

**OFFICE OF COUNTY COUNSEL
COUNTY OF BUTTE**
Bruce S. Alpert, SBN 75684
25 County Center Drive
Oroville, CA 95965-3380
TEL: 530.538.7621
FAX: 530.538.6891

**THE MARTINEZ-SENFTNER
LAWFIRM, P.C.**
Gloria Martinez-Senftner, SBN 164048
2999 Douglas Blvd, Suite 205
Roseville, CA 95661
TEL: 916.797.9907
FAX: 916.797.9961

15

16   Attorneys for Plaintiffs VICTOR WYATT, MARSHALL K. MCMURRAY, CHARLES
MITCHELL, EDGAR M. COLLINS and TERRANCE HALTIWANGER

17   **UNITED STATES DISTRICT COURT**

18   **EASTERN DISTRICT OF CALIFORNIA**

19

20   VICTOR WYATT, MARSHALL K.
MCMURRAY, CHARLES MITCHELL,

21   EDGAR M. COLLINS, TERRANCE
HALTIWANGER and ROES 1-100,

22            Plaintiffs,

23   v.

24   COUNTY OF BUTTE and DEPUTY
PATRICK McNELLIS, DEPUTY WILLIAM

25   OLIVE, and DOES 3-100,

26            Defendants.
_____/

27   ///

28

CASE NO. 2:06-CV-1003-GEB-JFM

**STIPULATION AND ORDER TO
MODIFY SCHEDULING ORDER**

Complaint Filed:          05/05/06
Amended Compl. Filed:     07/26/06
2nd Amended Compl. Filed: 12/02/06
Trial Date:               03/11/08

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**

1    Pursuant to the Stipulation set forth below the parties, by and through their counsel, request

2    an Order modifying the Court's prior Scheduling Order to allow an additional thirty (30) days for

3    expert disclosures, rebuttal expert disclosures and the completion of discovery.

4    1.    A significant amount of time was used to resolve defendants' two Motions to

5    Dismiss.  The Court's Order on the second motion was issued on April 11, 2007.

6    2.    Some delay has occurred in connection with expert work on medical issues as result

7    of plaintiffs counsel's concerns about defense counsel sharing plaintiffs' medical records with

8    medical-legal consultants retained in the case.  Counsel now stipulate that defense counsel are

9    authorized to share plaintiffs' medical records with medical-legal consultants retained in this matter

10   by defendants.

11   3.    The depositions of plaintiffs are scheduled as follows:

| | | |
|---|---|---|
| 12  Victor Wyatt | June 15, 2007 | High Desert State Prison, Susanville, Ca |
| 13  Edgar M. Collins | June 18, 2007 | Correctional Training Facility, Soledad, Ca |
| 14  Terrance Haltiwanger | June 19, 2007 | California State Prison, Solano, Ca |
| 15  Charles Mitchell | June 21, 2007 | Law Offices of Porter, Scott, 350 University Avenue, Sacramento, Ca |
| 16<br>17  Marshall McMurray | June 21, 2007 | Law Offices of Porter, Scott, 350 University Avenue, Sacramento, Ca |

18   4.    The deadline to disclose experts is on June 25, 2007 and the parties stipulate to

19   extend the expert disclosure date to **July 25, 2007**.

20   5.    The deadline to disclose rebuttal experts is on July 23, 2007 and the parties stipulate

21   to extend the deadline until **August 23, 2007**.

22   6.    The deadline to complete discovery is August 22, 2007 and the parties stipulate to

23   extend the deadline until **September 24, 2007**.

24   7.    The parties stipulate that the other limitations set forth in the Scheduling Order will

25   remain unchanged.

26   ///

27   ///

28

1          Respectfully Submitted,

2   Dated: June 13, 2007          LAW OFFICES OF ELLEN C. DOVE

3

4                                 By _____

5                                      Ellen C. Dove, SBN 64034
                                       Gloria Martinez-Senftner, SBN 164048
6                                      Attorneys for Plaintiffs
                                       VICTOR WYATT, MARSHALL K. MCMURRAY,
7                                      CHARLES MITCHELL, EDGAR M. COLLINS&
                                       TERRANCE HALTIWANGER

8

9   Dated: June 13, 2007          Respectfully submitted,

10                                 PORTER SCOTT
                                   A Professional Corporation
11

12

13                                 By _____
                                       Stephen E. Horan, SBN 125241
14                                     Scott H. Cavanaugh, SBN 245261
                                       Bruce Alpert, SBN 75684
15                                     Attorneys for Defendants,
                                       COUNTY OF BUTTE and
16                                     DEPUTY PATRICK McNELLIS

17  Dated: June 13, 2007             Respectfully submitted,

18                                 TRIMBLE, SHERINIAN & VARANINI

19

20                                 By: _____
                                       Jerome M. Varanini, SBN 106379
21                                     Attorney for Defendant
                                       COUNTY OF BUTTE
22
    ///
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**

**ORDER**

     **IT IS HEREBY ORDERED** pursuant to the Stipulation that the expert disclosure is continued from June 25, 2007 to **July 25, 2007**,  rebuttal of expert disclosure is continued from July 23, 2007 to **August 23, 2007** and discovery completion date is continued from August 22, 2007 to **September 24, 2007**.

Dated:  June 14, 2007

                          GARLAND E. BURRELL, JR.
                          United States District Judge