| | |
|---|---|
| **PORTER | SCOTT**<br>A PROFESSIONAL CORPORATION<br>Stephen E. Horan, SBN 125241<br>Scott H. Cavanaugh, SBN 245261<br>350 University Ave., Suite 200<br>Sacramento, California 95825<br>TEL: 916.929.1481<br>FAX: 916.927.3706 | OFFICE OF COUNTY COUNSEL<br>COUNTY OF BUTTE<br>Bruce S. Alpert, SBN 75684<br>25 County Center Drive<br>Oroville, CA 95965-3380<br>TEL: 530.538.7621<br>FAX: 530.538.6891 |

Attorneys for Defendants,
COUNTY OF BUTTE and DEPUTY PATRICK McNELLIS

**TRIMBLE, SHERINIAN & VARANINI**
Jerome M. Varanini, SBN 106379
2500 Venture Oaks Way, Suite 350
Sacramento, CA 95833
TEL: 916.313.7516
FAX: 916.442.5750

Attorney for Defendant COUNTY OF BUTTE

| | |
|---|---|
| **LAW OFFICES OF ELLEN C. DOVE**<br>Ellen C. Dove, SBN 64034<br>5325 Elkhorn Boulevard, Suite160<br>Sacramento, CA 95842<br>TEL: 916.331.0111<br>FAX: 916.726.8576 | **THE MARTINEZ-SENFTNER LAW FIRM, P.C.**<br>Gloria Martinez-Senftner, SBN 164048<br>2999 Douglas Blvd, Suite 205<br>Roseville, CA 95661<br>TEL: 916.797.9907<br>FAX: 916.797.9961 |

Attorneys for Plaintiffs VICTOR WYATT, MARSHALL K. MCMURRAY, CHARLES MITCHELL, EDGAR M. COLLINS and TERRANCE HALTIWANGER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR WYATT, MARSHALL K. MCMURRAY, CHARLES MITCHELL, EDGAR M. COLLINS, TERRANCE HALTIWANGER and ROES 1-100,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF BUTTE and DEPUTY PATRICK McNELLIS, DEPUTY WILLIAM OLIVE, and DOES 3-100,<br><br>Defendants.<br>_____/ | CASE NO. 2:06-CV-1003-GEB-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 4 (a)(2)**<br><br><br>Complaint Filed:           05/05/06<br>Amended Compl. Filed:      07/26/06<br>2nd Amended Compl. Filed: 12/02/06<br>Trial Date:                03/11/08 |

///

---

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO
FRCP 4 (a)(2)

00510465.WPD                                    1

IT IS HEREBY STIPULATED and agreed by and between plaintiffs VICTOR WYATT, MARSHALL K. MCMURRAY, CHARLES MITCHELL, EDGAR M. COLLINS and TERRANCE HALTIWANGER and defendants COUNTY OF BUTTE and DEPUTY PATRICK McNELLIS, by and through their undersigned counsel, that any and all claims that drug evidence was planted and/or mis-handled by law enforcement officials be dismissed, without prejudice, from the complaint because MARSHALL K. MCMURRAY's claim is not ripe unless his plea is set aside by the Court and EDGAR M. COLLINS' claim is not ripe unless and until he is successful in setting aside his conviction upon appeal.

Respectfully Submitted,

Dated: June 15, 2007        LAW OFFICES OF ELLEN C. DOVE

By _____
    Ellen C. Dove, SBN 64034
    Gloria Martinez-Senftner, SBN 164048
    Attorneys for Plaintiffs
    VICTOR WYATT, MARSHALL K. MCMURRAY,
    CHARLES MITCHELL, EDGAR M. COLLINS&
    TERRANCE HALTIWANGER

Dated: June 15, 2007        Respectfully submitted,

PORTER SCOTT
A Professional Corporation


By _____
    Stephen E. Horan, SBN 125241
    Scott H. Cavanaugh, SBN 245261
    Bruce Alpert, SBN 75684
    Attorneys for Defendants,
    COUNTY OF BUTTE and
    DEPUTY PATRICK McNELLIS

Dated: June 15, 2007        Respectfully submitted,

TRIMBLE, SHERINIAN & VARANINI


By: _____
    Jerome M. Varanini, SBN 106379
    Attorney for Defendant
    COUNTY OF BUTTE

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 4 (a)(2)**

00510465.WPD                                      2

# ORDER

Pursuant to the stipulation and agreement by and between plaintiffs VICTOR WYATT, MARSHALL K. MCMURRAY, CHARLES MITCHELL, EDGAR M. COLLINS and TERRANCE HALTIWANGER and defendants COUNTY OF BUTTE and DEPUTY PATRICK McNELLIS, that any and all claims that drug evidence was planted and/or mis-handled by law enforcement officials be dismissed without prejudice, said claims are dismissed without prejudice.

Dated: June 19, 2007

GARLAND E. BURRELL, JR.
United States District Judge