| | |
|---|---|
| **PORTER | SCOTT**<br>A PROFESSIONAL CORPORATION<br>Stephen E. Horan, SBN 125241<br>Scott H. Cavanaugh, SBN 245261<br>350 University Ave., Suite 200<br>Sacramento, California 95825<br>TEL: 916.929.1481<br>FAX: 916.927.3706 | OFFICE OF COUNTY COUNSEL<br>COUNTY OF BUTTE<br>Bruce S. Alpert, SBN 75684<br>25 County Center Drive<br>Oroville, CA 95965-3380<br>TEL: 530.538.7621<br>FAX: 530.538.6891 |

Attorneys for Defendants,
COUNTY OF BUTTE and DEPUTY PATRICK McNELLIS

**TRIMBLE, SHERINIAN & VARANINI**
Jerome M. Varanini, SBN 58531
2500 Venture Oaks Way, Suite 350
Sacramento, CA 95833
TEL: 916.313.7516
FAX: 916.442.5750

Associated Attorney for Defendant,
COUNTY OF BUTTE

| | |
|---|---|
| **LAW OFFICES OF ELLEN C. DOVE**<br>Ellen C. Dove, SBN 64034<br>5325 Elkhorn Boulevard, Suite160<br>Sacramento, CA 95842<br>TEL: 916.331.0111<br>FAX: 916.726.8576 | **THE MARTINEZ-SENFTNER LAW FIRM, P.C.**<br>Gloria Martinez-Senftner, SBN 164048<br>2999 Douglas Blvd, Suite 205<br>Roseville, CA 95661<br>TEL: 916.797.9907<br>FAX: 916.797.9961 |

Attorneys for Plaintiffs,
VICTOR WYATT, MARSHALL K. MCMURRAY, CHARLES MITCHELL, EDGAR M. COLLINS and TERRANCE HALTIWANGER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR WYATT, MARSHALL K. MCMURRAY, CHARLES MITCHELL, EDGAR M. COLLINS, TERRANCE HALTIWANGER and ROES 1-100,<br><br>      Plaintiffs,<br><br>v.<br><br>COUNTY OF BUTTE and DEPUTY PATRICK McNELLIS, DEPUTY WILLIAM OLIVE, and DOES 3-100,<br><br>      Defendants.<br>_____/ | CASE NO. 2:06-CV-1003-GEB-JFM<br><br>**STIPULATION AND ORDER FOR SHORTENING TIME**<br><br><br><br><br><br>Complaint Filed:           05/05/06<br>Amended Compl. Filed:    07/26/06<br>2nd Amended Compl. Filed: 12/02/06<br>Trial Date:                03/11/08 |

///

---

**STIPULATION AND ORDER FOR SHORTENING TIME**

00524874.WPD                                    1

1  IT IS HEREBY STIPULATED and agreed by and between plaintiffs VICTOR WYATT, MARSHALL K. MCMURRAY, CHARLES MITCHELL, EDGAR M. COLLINS and TERRANCE HALTIWANGER and defendants COUNTY OF BUTTE and DEPUTY PATRICK McNELLIS, by and through their undersigned counsel, that an Order Shortening Time for the notice of and hearing of Defendants' Motion to Compel Answers to Interrogatories propounded upon VICTOR WYATT, MARSHALL K. MCMURRAY, CHARLES MITCHELL and EDGAR M. COLLINS be shortened to **allow notice by August 25, 2007,** for a **hearing on September 5, 2007.** This is a necessary shortening of the period for notice and hearing because the Plaintiffs' attorney is unable to attend the next available hearing date of September 13, 2007 for religious reasons.  Thereafter, the Court has no days for hearings available until October.  However, pursuant to the Order Modifying the Scheduling Order of June 13, 2007, the last day to complete discovery and resolve discovery disputes is September 24, 2007.  Therefore the parties respectfully submit this Application to Shorten Time and allow the date for **hearing be set for September 5, 2007.**

Dated: August 22, 2007.

Respectfully Submitted,
LAW OFFICES OF ELLEN C. DOVE

By   /s/ Ellen C. Dove
     Ellen C. Dove, SBN 64034
     Gloria Martinez-Senftner, SBN 164048
     Attorneys for Plaintiffs,
     VICTOR WYATT, MARSHALL K. MCMURRAY,
     CHARLES MITCHELL, EDGAR M. COLLINS &
     TERRANCE HALTIWANGER

Dated: August 22, 2007.

Respectfully submitted,
PORTER SCOTT
A Professional Corporation

By   /s/ Scott H. Cavanaugh
     Stephen E. Horan, SBN 125241
     Scott H. Cavanaugh, SBN 245261
     Bruce Alpert, SBN 75684
     Attorneys for Defendants,
     COUNTY OF BUTTE and
     DEPUTY PATRICK McNELLIS

/////

/////

1     Dated: August 22, 2007.       Respectfully submitted,
TRIMBLE, SHERINIAN & VARANINI

By:    /s/ Jerome M. Varanini
       Jerome M. Varanini, SBN 58531
       Attorney for Defendant,
       COUNTY OF BUTTE

## ORDER

**IT IS HEREBY ORDERED** by stipulation and agreement by and between plaintiffs VICTOR WYATT, MARSHALL K. MCMURRAY, CHARLES MITCHELL, EDGAR M. COLLINS and TERRANCE HALTIWANGER and defendants COUNTY OF BUTTE and DEPUTY PATRICK McNELLIS, by and through their undersigned counsel, and decreed that an Order Shortening Time for Notice and Hearing of Defendants COUNTY OF BUTTE and DEPUTY PATRICK McNELLIS' Motion to Compel be granted. The hearing is hereby set for Wednesday, September 5, 2007, at 11:00 a.m. in Courtroom #26 before the undersigned. Notice of hearing on Defendants' Motion to Compel Answers to Interrogatories, Set One must be effectuated by August 25, 2007. Any Opposition to this Motion should be filed six days before the hearing date hereby declared. Any Reply Motion shall be filed three days before the hearing date hereby ordered.

Dated: August 23, 2007.

UNITED STATES MAGISTRATE JUDGE

/wyatt.ost

**STIPULATION AND ORDER FOR SHORTENING TIME**

00524874.WPD        3