IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR WYATT, MARSHALL K. MCMURRAY, CHARLES MITCHELL, EDGAR M. COLLINS, TERRANCE HALTIWANGER and ROES 1-100,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF BUTTE, DEPUTY PATRICK MCNELLIS and DOES 10-100,<br><br>　　　　Defendants.<br>_____/ | No. CIV S-06-1003 GEB JFM<br><br><br><br><br><br><br><br>　　　　ORDER |

　　　　Defendants' motion to compel came on regularly for hearing September 5, 2007. There was neither an opposition filed to the motion nor appearance at the hearing for plaintiffs. Scott H. Cavanaugh appeared for defendants. Upon review of the motion and the documents in support, upon hearing the arguments counsel and good cause appearing therefor, IT IS HEREBY ORDERED that:

　　　　1. Plaintiffs Victor Wyatt, Marshall K. McMurray, Charles Mitchell and Edgar M. Collins shall answer, without objection, the interrogatories propounded upon their counsel on or about June 21, 2007 no later than close of business September 12, 2007.

1

2. Pursuant to Federal Rule of Civil Procedure 37 (a)(4)(A) or (C), defendants are awarded attorneys fees and reasonable expenses incurred in preparation and argument of the motion.

DATED: September 5, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; wyat1003.oah